IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

| | | |
|---|---|---|
| ALON FARHY, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-1179 |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

**A.    Parties and Amici**.  The parties, intervenors, and amici

appearing in the Tax Court and in this Court are the Commissioner of

Internal Revenue and Alon Farhy.  There were no amici or intervenors

appearing before the Tax Court, and there are no amici or intervenors

who have appeared in this Court.

**B.    Rulings Under Review**.  The rulings under review are the

Tax Court's opinion entered April 3, 2023 (160 T.C. No. 6) and decision

entered April 18, 2023, by Judge L. Paige Marvel.  The opinion may be

found at 2023 WL 2752459.

**C.    Related Cases**.  This case was not previously before this

Court or any other appellate court.  Counsel is not aware of any related

cases currently pending in this Court or in any other court, as provided

in Cir. R. 28(a)(1)(C).

Respectfully submitted,

/s/ Robert Wille
JENNIFER M. RUBIN
ROBERT J. WILLE
*Attorneys*
*Tax Division*
*Department of Justice*
*Post Office Box 502*
*Washington, D.C. 20044*
202-514-5573
Robert.J.Wille@usdoj.gov
Appellate.TaxCivil@usdoj.gov

Dated: August 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, which will send notification to all registered parties.

/s/ Robert J. Wille
ROBERT J. WILLE
*Attorney for the Commissioner of Internal Revenue*