# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 23-1179        **2. DATE DOCKETED:** 07-24-2023
3. **CASE NAME** (lead parties only): Alon Farhy  v.  Commissioner of Internal Revenue
4. **TYPE OF CASE:** ☐ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☒ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes  ☒ No
   If YES, cite statute: ____
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Tax Court
   b. Give agency docket or order number(s): Case No. 10647-21L
   c. Give date(s) of order(s): Opinion - 4/3/23, Decision - 4/18/23
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? ____  By whom? ____
      Has the agency acted? ☐ Yes ☐ No  If so, when? ____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      The Tax Court barred the Commissioner from using administrative means to collect certain penalties imposed against Farhy.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature /s/ Robert J. Wille        Date  8/24/23
Name of Counsel for Appellant/Petitioner  Robert J. Wille
Address  P.O. Box 502, Washington, DC 20044
E-Mail  robert.j.wille@usdoj.gov       Phone ( 202 ) 514-5573    Fax ( 202 ) 514-8456

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, which will send notification to all registered parties.

/s/ Robert J. Wille
ROBERT J. WILLE
*Attorney for the Commissioner of Internal Revenue*