IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

| | |
|---|---|
| ALON FARHY, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 23-1179 |
| ) | |
| COMMISSIONER OF INTERNAL REVENUE, ) | |
| ) | |
| Appellant. ) | |
| ) | |

**STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX**

The parties do not intend to utilize the deferred joint appendix option.

                                      Respectfully submitted,

                                      /s/ Robert Wille
                                      JENNIFER M. RUBIN
                                      ROBERT J. WILLE
                                      *Attorneys*
                                      *Tax Division*
                                      *Department of Justice*
                                      *Post Office Box 502*
                                      *Washington, D.C. 20044*
                                      202-514-5573
                                      Robert.J.Wille@usdoj.gov

Dated: August 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, which will send notification to all registered parties.

/s/ Robert J. Wille
ROBERT J. WILLE
*Attorney for the Commissioner of Internal Revenue*