IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALON FARHY, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | ) No. 23-1179 |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Appellant. | ) |
| | ) |

**STATEMENT OF ISSUES TO BE RAISED**

The Commissioner intends to raise the following issue: Whether the Tax Court erred in determining that the Commissioner lacked authority to assess penalties provided by 26 U.S.C. § 6038(b).

                                                  Respectfully submitted,

                                                  /s/ Robert Wille
                                                  JENNIFER M. RUBIN
                                                  ROBERT J. WILLE
                                                  *Attorneys*
                                                  *Tax Division*
                                                  *Department of Justice*
                                                  *Post Office Box 502*
                                                  *Washington, D.C. 20044*
                                                  202-514-5573
                                                  Robert.J.Wille@usdoj.gov

Dated: August 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, which will send notification to all registered parties.

/s/ Robert J. Wille
ROBERT J. WILLE
*Attorney for the Commissioner of Internal Revenue*