# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** ALON FARHY

v.

COMMISSIONER OF INTERNAL REVENUE

**Case No:** 2311-79

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

ALON FARHY

COMMISSIONER OF INTERNAL REVENUE

### Counsel Information

**Lead Counsel:** Edward M. Robbins, Jr. Esq

**Direct Phone:** (310) 801-4573  **Fax:** (310) 859-5129  **Email:** EdR@taxlitigator.com

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**Firm Name:** Hochman, Salkin, Toscher & Perez, P.C.

**Firm Address:** 9100 Wilshire Boulevard, Suite 900W Beverly Hills, California 90212

**Firm Phone:** (310) 281-3200  **Fax:** (310) 859-5108  **Email:** SHT@taxlitigator.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)