# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-1179** | **September Term, 2023** |
| | USTC-10647-21L |
| | **Filed On: February 1, 2024** [2038382] |

Alon Farhy,

      Appellee

    v.

Commissioner of Internal Revenue,

      Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 14, 2024, at 9:30 A.M.:

    Appellant    -    10 Minutes

    Appellee    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard and Wilkins, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 5, 2024.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

      BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)