# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1179**                                    **September Term, 2023**

USTC-10647-21L

Filed On: May 3, 2024 [2052713]

Alon Farhy,

      Appellee

  v.

Commissioner of Internal Revenue,

      Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

BY:    /s/
            Daniel J. Reidy
            Deputy Clerk