# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1179**  **September Term, 2023**

USTC-10647-21L

**Filed On:** May 22, 2024

Alon Farhy,

     Appellee

    v.

Commissioner of Internal Revenue,

     Appellant

## O R D E R

Upon consideration of the appellant's bill of costs, it is

**ORDERED** that appellant's request for costs be granted. Costs are awarded to the appellant in the amount of $191.52 and taxed against appellee.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

### Per Curiam

             **FOR THE COURT:**
             Mark J. Langer, Clerk

     BY:    /s/
                   Daniel J. Reidy
                   Deputy Clerk