# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1179**                                     **September Term, 2023**

**USTC-10647-21L**

**Filed On:** June 13, 2024

Alon Farhy,

      Appellee

    v.

Commissioner of Internal Revenue,

      Appellant

**BEFORE:**    Pillard and Wilkins, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's petition for panel rehearing filed on June 4, 2024, it is

**ORDERED** that the petition be denied.

### Per Curiam

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk