# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1179**                      **September Term, 2023**

**USTC-10647-21L**

**Filed On:** June 13, 2024

Alon Farhy,

      Appellee

  v.

Commissioner of Internal Revenue,

      Appellant

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk