# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1179**                                        **September Term, 2023**

USTC-10647-21L

Filed On: June 21, 2024 [2061078]

Alon Farhy,

      Appellee

   v.

Commissioner of Internal Revenue,

      Appellant

## M A N D A T E

In accordance with the judgment of May 3, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                    BY:    /s/
                                                          Daniel J. Reidy
                                                          Deputy Clerk

Link to the judgment filed May 3, 2024